IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS DEEKS, | No. 4:17-CV-00362 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| JACK SOMMERS and THE PENNSYLVANIA STATE ATTORNEY GENERAL, | |
| Respondents. | |

## ORDER

### MARCH 18, 2019

On February 8, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Mr. Deeks's Petition for a Writ of Habeas Corpus. Objections to that Report and Recommendation were due by February 22, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carlson, ECF No. 18, is **ADOPTED IN ITS ENTIRETY**.

2. The Petition for a Writ of Habeas Corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability **SHALL NOT** issue.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge